IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHEPPARD LAWRENCE,

   Plaintiff,

     v.

JAMES MCCORD , et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-1970-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court by the pro se Defendants. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. The Defendants' Objections to the Report and Recommendation are completely without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 4 day of August, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge